In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-115 CV


____________________



IN RE LIBERTY-DAYTON HOSPITAL, INC. 


AND LAURA WILLIAMSON






Original Proceeding






MEMORANDUM OPINION


 When denying relief, the Court may hand down an opinion but is not required to
do so. Tex. R. App. P. 52.8(d). We advise the parties of our decision in this
memorandum opinion. Tex. R. App. P. 47.4. 

 Mandamus will issue only to correct a clear abuse of discretion or violation of a
duty imposed by law when that abuse cannot be remedied by appeal. Jack B. Anglin Co.,
Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex.1992); Walker v. Packer, 827 S.W.2d 833, 839
(Tex.1992). Relators seek a writ of mandamus to compel the trial judge to enter an order
dismissing the medical malpractice case filed by the real parties in interest. The trial court
found that the expert reports filed by the real parties in interest constitute a good faith
effort to comply with the applicable statute. See Tex. Rev. Civ. Stat. Ann. art. 4590i
§ 13.01 (Vernon Supp. 2003). After reviewing the petition and record, we conclude that
the relators have not shown a clear abuse of discretion or violation of a duty imposed by
law. 

 The Motion for Stay is DENIED. The petition for writ of mandamus, filed
February 25, 2003, is DENIED.

 

 PER CURIAM


Opinion Delivered March 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.